**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In Re: In re: EpiPen Direct Purchaser
Litigation

Case No:   6:22-mc-33-CEM-LHP

**ORDER**

On September 21, 2022, Movant Laurence F. Doud, III filed a Time Sensitive Motion for a Protective Order Terminating Deposition.  Doc. No. 1.  The deposition was conducted on August 31, 2022 pursuant to a Rule 45 subpoena served on Mr. Doud by Defendants in a case captioned *In re EpiPen Direct Purchaser Litigation*, which is currently pending in the United States District Court for the District of Minnesota.  *Id.*

Defendants made several filings in response to that motion, including a Redacted Motion to Transfer and Memorandum in Support (Doc. No. 15), with a placeholder exhibit (Doc. No. 15-1), a placeholder for an Unredacted Motion to Transfer and Memorandum in Support (Doc. No. 16), a Redacted Memorandum of Law in Opposition to Laurence Doud's Motion for a Protective Order (Doc. No. 17), and a placeholder for an Unredacted Memorandum of Law in Opposition to Laurence Doud's Motion for a Protective Order (Doc. No. 18).

Upon consideration, given that no party had filed a motion to seal the materials for which Defendants had filed a redacted motion, response, and placeholders, the Court ordered Defendants to file a properly supported motion to seal by October 31, 2022.  Doc. No. 24.

On October 31, 2022, Defendants filed a "Statement," in which they explain that the parties have agreed to de-designate an exhibit as confidential (Doc. No. 15-1), Defendants will file an updated redacted version of the motion and response containing references thereto (Doc. Nos. 15, 17), and Defendants consent to having filed under seal updated unredacted versions of the documents, in that those documents still quote and cite Mr. Doud's deposition transcript, which the Court has previously permitted to be filed under seal.  Doc. No. 27.  *See also* Doc. No. 8 (Order permitting Mr. Doud's transcript to be filed under seal); Doc. No. 10 (copy of transcript under seal).  On November 1, 2022, Mr. Doud filed a "Motion for Leave to File Under Seal," in which Mr. Doud requests that Defendants' responses be permitted to be filed under seal[1] because they contain excerpts and information from his deposition, which the Court has already permitted to be filed under seal. Doc. No. 28.

---

[1] Mr. Doud actually requests that the Court "maintain under seal" Defendants' filings.  Doc. No. 28, at 1.  But, the Court has not issued an Order permitting those filings under seal.

- 2 -

Upon consideration, given that Defendants' filings contain redactions of information which the parties agree should be filed on the public docket (Doc. Nos. 15, 17), and because the Court has already issued an Order permitting Mr. Doud's deposition to be filed under seal (Doc. No. 8), it is **ORDERED** as follows:

1. Defendants' Redacted Motion to Transfer and Memorandum in Support (Doc. No. 15), placeholder for the Unredacted Motion to Transfer and Memorandum in Support (Doc. No. 16), the Redacted Memorandum of Law in Opposition to Laurence Doud's Motion for a Protective Order (Doc. No. 17), and the placeholder for the Unredacted Memorandum of Law in Opposition to Laurence Doud's Motion for a Protective Order (Doc. No. 18) are hereby **STRICKEN**.

2. On or before **November 9, 2022**, Defendants shall file on the public docket amended versions of their Redacted Motion to Transfer and Memorandum in Support and Redacted Memorandum of Law in Opposition to Laurence Doud's Motion for a Protective Order, which shall redact only information previously permitted to be filed under seal by the Court related to Mr. Doud's deposition.

3. Non-Party Laurence F. Doud III's Motion for Leave to File Under Seal (Doc. No. 28) is **GRANTED**, to the extent that the Court will permit unredacted

versions of these documents to be filed under seal pursuant to the prior Order permitting the deposition transcript to be filed under seal.   *See* Doc. No. 8.

4. On or before **November 9, 2022**, Defendants shall file under seal unredacted versions of the Motion to Transfer and Memorandum in Support and Memorandum of Law in Opposition to Laurence Doud's Motion for a Protective Order.

5. This seal shall not extend beyond **ninety (90) days** after the case is closed and all appeals exhausted.   *See* Local Rule 1.11(f).

**DONE** and **ORDERED** in Orlando, Florida on November 2, 2022.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 4 -